BERNARD KOEPPEL, APPELLANT, v. IRVINGTON WINDOW CLEANING CO., INC., ET AL., RESPONDENTS.

Argued May 17, 1945—Decided September 27, 1945.

For the appellant, *David Roskein* and *John A. Laird.*

For the respondents, *Arthur T. Vanderbilt* and *G. Dixon Speakman.*

PER CURIAM.

The judgment under review is affirmed, for the reasons expressed in the opinion of Mr. Justice Bodine, *ubi supra.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, HEHER, PERSKIE, COLIE, WELLS, RAFFERTY, DILL, FREUND, JJ. 11.

*For reversal*—None.